IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| REAGAN JAMES CALDWELL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:16-CV-456 |
| § | |
| COREY FURR, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of Defendants' Motion for Summary Judgment, Dkt. No. 42, filed on behalf of Defendants Derek Garza ("Garza"), Fernando Martinez ("Martinez"), Jessica De Los Santos ("De Los Santos"), and Cheryl Perales ("Perales"); Reagan James Caldwell's ("Caldwell") Summary Judgment Objections, Dkt. No. 43; Caldwell's Submit Exhibit(s) for Objections to Summary Judgment, Dkt. No. 50; and the November 18, 2018 Memorandum and Recommendation of the Magistrate Judge to whom this case was referred, Dkt. No. 51.

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R, Dkt. No. 51; **GRANTS** Defendants' Motion for Summary Judgment, Dkt. No. 42, in part, and **DISMISSES WITH PREJUDICE** Caldwell's deliberate indifference claims against Perales and De Los Santos based on qualified immunity grounds; and **DENIES** Defendants' Motion for Summary Judgment, Dkt. No. 42, with respect to Caldwell's excessive force claims against Martinez and Garza.

SIGNED this 25th day of March 2019.

_____
Hilda Tagle
Senior United States District Judge